UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                   :
JPMORGAN CHASE BANK, NATIONAL                                      :
ASSOCIATION, LONDON BRANCH,                                        :
                                                                   :   Case No. _____
                         Plaintiff,                                :
                                                                   :
         - against -                                               :
                                                                   :
TESLA, INC.,                                                       :
                                                                   :
                         Defendant.                                :
                                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, LONDON BRANCH

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff JPMorgan Chase Bank, National Association, London Branch states as follows:

JPMorgan Chase Bank, National Association, London Branch is a U.K. branch of JPMorgan Chase Bank, National Association, a national banking association organized under the laws of the United States with its head office in Columbus, Ohio.  JPMorgan Chase Bank, National Association is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation.  JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.  However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its

subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

DATED: New York, New York
November 15, 2021

DAVIS POLK & WARDWELL LLP

By: /s/ Lawrence Portnoy
Lawrence Portnoy
Greg D. Andres
Craig T. Cagney
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
lawrence.portnoy@davispolk.com
greg.andres@davispolk.com
craig.cagney@davispolk.com

*Attorneys for JPMorgan Chase Bank, National Association, London Branch*