UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, LONDON BRANCH,

              Plaintiff,              1:21-cv-09441

    - against -

                                **NOTICE OF APPEARANCE**

TESLA, INC.,

              Defendant.

------------------------------X

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that Alex Spiro of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, 22nd Floor, New York, NY 10010, hereby appears on behalf of Defendant Tesla, Inc.,

    I certify that I am admitted to practice in the Southern District of New York.


Dated:    New York, NY                Respectfully Submitted,
           November 15, 2021

                                                    _____
                                                    Alex Spiro
                                                    Quinn Emanuel Urquhart & Sullivan, LLP
                                                    51 Madison Avenue, 22nd Floor
                                                    New York, NY 10010
                                                    Tel:  212-849-7000
                                                    Fax: 212-849-7100
                                                    alexspiro@quinnemanuel.com

                                                    *Counsel for Defendant*