**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CASE NO. : 1:21-CV-09441-PGG

JPMorgan Chase Bank, National Association, London Branch

**vs**                                      *Plaintiff*

Tesla, Inc.

*Defendant*

## AFFIDAVIT OF SERVICE

State of Delaware }
County of New Castle }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Delaware.

That on **11/16/2021** at **2:45 PM** at **108 West 13th Street, Wilmington, DE 19801**

deponent served a(n) **Summons in a Civil Action (signed and stamped version), Summons in a Civil Action (unsigned version), Complaint, Civil Cover Sheet, Rule 7.1 Disclosure Disclosure Statement of Plaintiff JPMorgan Chase Bank National Association, London Branch, Appearance of Counsel of Craig Cagney, Appearance of Counsel of Greg Andres, and Individual Rules of Practice of Judge Paul G. Gardephe**

on **Tesla Inc., a Delaware Corporation**, **c/o Business Filing Incorporated**, Registered Agent,

by delivering thereat a true copy to **Amy McLaren** personally, authorized to accept service thereof.

Description of Person Served:
Gender: Female
Skin: White
Hair: Brown
Age: 22 - 35 Yrs.
Height: 5' 4" - 5' 8"
Weight: 100-130 Lbs.
Other:

Sworn to before me this
17th day of November, 2021

_____          KEVIN DUNN
NOTARY PUBLIC                      NOTARY PUBLIC
                                   STATE OF DELAWARE
                                   My Commission Expires   August 25, 2022

_____
Denorris Britt

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160