UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
JPMORGAN CHASE BANK, NATIONAL :
ASSOCIATION, LONDON BRANCH, :
: Case No. 1:21-CV-09441-PGG
Plaintiff, :
:
- against - : **AFFIRMATION OF**
: **SERVICE**
TESLA, INC., :
:
Defendant. :
:
------------------------------------x

  Craig T. Cagney hereby affirms under penalty of perjury:

1. I am an attorney admitted to practice before this Court, and the Courts of the State of New York, and am not a party to the action.

2. On November 19, 2021, I served the Notice of Pretrial Conference dated November 17, 2021 and the Individual Rules of Practice of Judge Paul G. Gardephe by causing a true copy of the foregoing materials to be delivered upon:

 Alex Spiro
 Jonathan Pickhardt
 Quinn Emanuel Urquhart & Sullivan, LLP
 51 Madison Avenue
 New York, New York 10010

DATED: New York, New York
November 22, 2021

DAVIS POLK & WARDWELL LLP

By: */s/ Craig Cagney*
Craig T. Cagney
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
craig.cagney@davispolk.com

*Attorneys for JPMorgan Chase Bank, National Association, London Branch*