UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, LONDON BRANCH,

    Plaintiff,

- against -

TESLA, INC.,

    Defendant.

---

Case No. 1:21-cv-09441-PGG

**STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

WHEREAS, Plaintiff JPMorgan Chase Bank, National Association, London Branch filed its complaint on November 15, 2021 (the "Complaint");

WHEREAS, the parties have agreed to the schedule set forth below for Defendant Tesla, Inc. to move to dismiss, answer, or otherwise respond to the Complaint.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that:

1. The time within which Defendant Tesla, Inc. may move, answer, or otherwise respond to the Complaint is extended up to and including January 24, 2022;

2. The parties shall conduct their initial conference pursuant Federal Rule of Civil Procedure 26(f) on December 14, 2021.

SO STIPULATED AND AGREED.

Dated: December 6, 2021

| | |
|---|---|
| DAVIS POLK & WARDWELL LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| By: /s/ Lawrence Portnoy | By: /s/ Nathan Goralnik |
| Lawrence Portnoy | Jonathan Pickhardt |
| Greg D. Andres | Alex Spiro |
| Craig T. Cagney | Nathan Goralnik |
| 450 Lexington Avenue | Jesse Bernstein |
| New York, New York 10017 | 51 Madison Avenue, 22nd Floor |
| Tel.: (212) 450-4000 | New York, NY 1001 |
| lawrence.portnoy@davispolk.com | Tel: (212) 849-7000 |
| greg.andres@davispolk.com | jonpickhardt@quinnemanuel.com |
| craig.cagney@davispolk.com | alexspiro@quinnemanuel.com |
| | nathangoralnik@quinnemanuel.com |
| | jessebernstein@quinnemanuel.com |
| *Attorneys for JPMorgan Chase Bank, National Association, London Branch* | *Attorneys for Defendant Tesla, Inc.* |

IT IS SO ORDERED

Date: _____

　　　　　　　　　　　　　　　　　　　Hon. Paul G. Gardephe
　　　　　　　　　　　　　　　　　　　United States District Court Judge