UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
JPMORGAN CHASE BANK, NATIONAL :
ASSOCIATION, LONDON BRANCH, :
: Case No. 1:21-cv-09441-PGG
Plaintiff, :
:
- against - : **STIPULATION AND**
: **ORDER REGARDING**
TESLA, INC., : **TIME TO ANSWER,**
: **MOVE, OR OTHERWISE**
: **RESPOND TO THE**
Defendant. : **COMPLAINT**
:
------------------------------------- x

WHEREAS, Plaintiff JPMorgan Chase Bank, National Association, London Branch filed its complaint on November 15, 2021 (the "Complaint");

WHEREAS, the parties have agreed to the schedule set forth below for Defendant Tesla, Inc. to move to dismiss, answer, or otherwise respond to the Complaint.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that:

1. The time within which Defendant Tesla, Inc. may move, answer, or otherwise respond to the Complaint is extended up to and including January 24, 2022;

2. The parties shall conduct their initial conference pursuant Federal Rule of Civil Procedure 26(f) on December 14, 2021.

SO STIPULATED AND AGREED.

Dated: December 6, 2021

| DAVIS POLK & WARDWELL LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
|---|---|
| By: */s/ Lawrence Portnoy* <br>    Lawrence Portnoy <br>    Greg D. Andres <br>    Craig T. Cagney <br>    450 Lexington Avenue <br>    New York, New York 10017 <br>    Tel.: (212) 450-4000 <br>    lawrence.portnoy@davispolk.com <br>    greg.andres@davispolk.com <br>    craig.cagney@davispolk.com <br><br> *Attorneys for JPMorgan Chase Bank, National Association, London Branch* | By: */s/ Nathan Goralnik* <br>    Jonathan Pickhardt <br>    Alex Spiro <br>    Nathan Goralnik <br>    Jesse Bernstein <br>    51 Madison Avenue, 22nd Floor <br>    New York, NY 1001 <br>    Tel: (212) 849-7000 <br>    jonpickhardt@quinnemanuel.com <br>    alexspiro@quinnemanuel.com <br>    nathangoralnik@quinnemanuel.com <br>    jessebernstein@quinnemanuel.com <br><br> *Attorneys for Defendant Tesla, Inc.* |

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: December 7, 2021