**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7364

WRITER'S EMAIL ADDRESS
alexspiro@quinnemanuel.com

February 22, 2022

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *JPMorgan Chase Bank, N.A., London Branch v. Tesla, Inc.*,
      Case No. 1:21-cv-9441 (PGG)

Your Honor:

On behalf of Defendant Tesla, Inc., we write pursuant to Part I(D) of the Court's individual rules to request an extension of two business days of Tesla's deadline to respond to the pre-motion letter, filed by Plaintiff JPMorgan Chase Bank, N.A., London Branch ("JPM") at Docket #23, from the default deadline of Thursday, February 24, 2022, to the proposed new deadline of Monday, February 28, 2022.

Tesla has not previously requested an extension of this deadline and makes this request to fully evaluate its response to JPM's proposed motion for judgment on the pleadings.

The parties have conferred and JPM consents to the extension. We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Alex Spiro*

Alex Spiro

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: February 23, 2022

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH