UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, LONDON BRANCH,

                Plaintiff-Counter-Defendant,

- against -

TESLA, INC.,

                Defendant-Counter-Claimant.

**ORDER**

21 Civ. 9441 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The initial pre-trial conference scheduled for March 10, 2022 is adjourned to **April 14, 2022 at 1:00 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.  The parties will submit their joint letter and proposed case management plan (see Dkt. No. 2) by **April 7, 2022**.

        The Court will address the parties' letters regarding Plaintiff's anticipated motion for judgment on the pleadings (Dkt. Nos. 23, 26) at the April 10, 2022 conference.  The Clerk of Court is directed to terminate the pending letter motion at Dkt. No. 23.

Dated:  New York, New York
          March 3, 2022

SO ORDERED.

*Paul S. Gardephe*
Paul G. Gardephe
United States District Judge