UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, LONDON BRANCH,

                Plaintiff-Counter-Defendant,

- against -

TESLA, INC.,

                Defendant-Counter-Claimant.

**ORDER**

21 Civ. 9441 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The conference scheduled for April 14, 2022 is adjourned to **April 19, 2022 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       April 13, 2022

                                                  SO ORDERED.

                                                  _____
                                                  Paul G. Gardephe
                                                  United States District Judge