UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, LONDON BRANCH,

                        Plaintiff-Counter-Defendant,

       - against -

TESLA, INC.,

                        Defendant-Counter-Claimant.

**ORDER**

21 Civ. 9441 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The initial pre-trial conference and pre-motion conference scheduled for today, May 4, 2022 at 12:45 p.m. will take place in Courtroom 318 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       May 4, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge