**Davis Polk**

Lawrence Portnoy
+1 212 450 4874
lawrence.portnoy@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

July 21, 2022

Re: *JPMorgan Chase Bank, National Association, London Branch v. Tesla, Inc.*,
Case No. 1:21-cv-9441 (PGG)

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Gardephe:

On behalf of Plaintiff JPMorgan Chase Bank, National Association, London Branch ("JPMorgan") in the above-captioned matter, I write pursuant to Rule IV(D) of Your Honor's Individual Rules of Practice to respectfully request an oral argument for JPMorgan's Motion for Judgment on the Pleadings (ECF No. 45), the briefing for which was recently completed.

Respectfully submitted,

*/s/ Lawrence Portnoy*

Lawrence Portnoy

cc:    All counsel of record (via ECF)