September 12, 2022

Re: *JPMorgan Chase Bank, National Association, London Branch v. Tesla, Inc.*, Case
No. 1:21-cv-9441 (PGG)

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Gardephe:

We represent Plaintiff JPMorgan Chase Bank, National Association, London Branch
("JPMorgan") in the above-captioned action (the "Action").  Pursuant to Your Honor's
individual rule I(D), we write on behalf of JPMorgan and Defendant Tesla, Inc. ("Tesla", and
together with JPMorgan, the "Parties") to jointly request an extension of the deadline for the
completion of fact discovery, which is currently scheduled for September 14, 2022, and a
corresponding adjournment of all other case deadlines.  The Parties are still negotiating their
respective document requests and require additional time to complete their document
productions, obtain discovery from third parties, and conduct depositions.  The Parties therefore
request an extension of the fact discovery deadline through and including March 24, 2023, as
well as a corresponding adjournment of all other deadlines.

The Parties have not previously requested an extension of these deadlines.

The Parties have attached as Exhibit 1 a stipulation and proposed order and are available at the
Court's convenience should it wish to discuss the Parties' request for an extension of the
deadlines as addressed above.  The Parties note that there is currently a pretrial conference
scheduled for October 6, 2022.  The Parties propose that this conference be converted to a status
conference, if amenable to the Court.

Respectfully submitted,

By:___/s/ Lawrence Portnoy___           By:___/s/ Jonathan E. Pickhardt___
Lawrence Portnoy                        Jonathan E. Pickhardt
450 Lexington Avenue                    51 Madison Avenue, 22nd Floor
New York, New York 10017                New York, NY 1001
Tel.: (212) 450-4000                    Tel: (212) 849-7000
lawrence.portnoy@davispolk.com          jonpickhardt@quinnemanuel.com

*Attorneys for Plaintiff*                *Attorneys for Defendant*
*JPMorgan Chase Bank, National*          *Tesla, Inc.*
*Association, London Branch*


cc:      All counsel of record (via ECF)