**Davis Polk**

Lawrence Portnoy
+1 212 450 4874
lawrence.portnoy@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

September 12, 2022

Re: *JPMorgan Chase Bank, National Association, London Branch v. Tesla, Inc.*, Case No. 1:21-cv-9441 (PGG)

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Gardephe:

We represent Plaintiff JPMorgan Chase Bank, National Association, London Branch ("JPMorgan") in the above-captioned action (the "Action"), and respectfully request that the Court refer all discovery-related issues to Magistrate Judge Ona Wang, including the dispute described in the parties' joint letter dated September 9, 2022 (Dkt. No. 52). Defendant Tesla, Inc. does not consent to this request.

Respectfully submitted,

*/s/ Lawrence Portnoy*

Lawrence Portnoy

cc:   All counsel of record (via ECF)