UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JPMORGAN CHASE BANK, NAT'L ASS'N, LONDON BRANCH,

                        Plaintiff,

            - against -

TESLA, INC.,

                       Defendant.

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

21 Civ. 9441 (PGG) (OTW)

PAUL G. GARDEPHE, U.S.D.J.:

       The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☒ Specific Non-Dispositive Motion/Dispute:

**Dkt. No. 52**

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____

☐ Settlement

☐ Inquest After Default/ Damages Hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: _____

Dated:  New York, New York
         September 15, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge