**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
JPMORGAN CHASE BANK, NATIONAL                                :
ASSOCIATION, LONDON BRANCH,                                  :
                                                             :          21-cv-9441 (PGG) (OTW)
                                          Plaintiff,         :
                                                             :          **SCHEDULING ORDER**
                        -against-                            :
                                                             :
TESLA, INC.,                                                 :
                                                             :
                                          Defendant.         :
                                                             :
-------------------------------------------------------------x

        **ONA T. WANG, United States Magistrate Judge:**

        The Court will hold a status conference in this matter on **Tuesday, October 18, 2022 at**

**2:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.


        **SO ORDERED.**


                                                      _s/  Ona T. Wang_
Dated: September 22, 2022                                  **Ona T. Wang**
        New York, New York                        United States Magistrate Judge