**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, LONDON BRANCH,

                             Plaintiff,

            -against-

TESLA, INC.,

                           Defendant.

---------------------------------------------------------------x

21-cv-9441 (PGG) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on October 18, 2022. Pursuant to rulings made on the record, Plaintiff's motion to compel copies of Defendant's discovery productions in other litigations, as referenced in ECF 52, is **GRANTED in part.** The parties are directed to refer to the transcript of the October 18 status conference for further detail regarding the Court's Order.

**SO ORDERED.**

Dated: October 19, 2022
New York, New York

                                                *s/ Ona T. Wang*
                                                **Ona T. Wang**
                                      United States Magistrate Judge