**MEMO ENDORSED.**

<u>VIA ECF</u>

February 1, 2023

The Honorable Ona T. Wang
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *JPMorgan Chase Bank, National Association, London Branch v. Tesla, Inc.*,
      <u>No. 1:21-cv-09441-PGG-OTW (S.D.N.Y.)</u>

Dear Judge Wang,

The above-named parties, by and through their respective undersigned counsel, write pursuant to Section I(e) of Your Honor's Individual Practices in Civil Cases to jointly request an extension of time to exchange Requests for Admission, currently scheduled for February 3, 2023. *See* ECF 55.  As Your Honor is aware, the parties have pending disputes concerning document discovery.  The parties therefore request an adjournment sine die of the deadline to serve Requests for Admission, pending an agreement of the parties and/or an order of the Court providing for an amended discovery schedule.  The parties have previously requested an extension of this deadline once before the Honorable Judge Paul G. Gardephe, which extension was granted.  *See id.*

Respectfully submitted,

By: */s/ Jonathan Pickhardt*
Jonathan E. Pickhardt
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Fl.
New York, New York 10010
Tel.:  (212) 849-7000
jonpickhardt@quinnemanuel.com

*Attorneys for Defendant Tesla, Inc.*

By: */s/ Frances E. Bivens*
Frances E. Bivens
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel.:  (212) 450-4000
frances.bivens@davispolk.com

*Attorneys for Plaintiff JPMorgan Chase Bank, N.A., London Branch*

Application **GRANTED**.

**SO ORDERED.**

_____
Ona T. Wang        2/2/23
U.S.M.J.