**VIA ECF**

February 14, 2023

The Honorable Ona T. Wang
United States Magistrate Judge for the
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *JPMorgan Chase Bank, National Association, London Branch v. Tesla, Inc.*,
            No. 1:21-cv-09441-PGG-OTW (S.D.N.Y.)

Dear Judge Wang:

Plaintiff JPMorgan Chase Bank, National Association, London Brach ("JPMorgan") and Defendant Tesla, Inc. ("Tesla"), by and through their respective undersigned counsel, write pursuant to Your Honor's January 19, 2023 Order (ECF No. 69) and have attached hereto as Appendix A the jointly composed agenda for the February 16, 2023 status conference.

Respectfully submitted,

By: */s/ Jonathan E. Pickhardt*
Jonathan E. Pickhardt
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Fl.
New York, New York 10010
Tel.: (212) 849-7000
jonpickhardt@quinnemanuel.com

*Attorneys for Defendant Tesla, Inc.*

By: */s/ Frances E. Bivens*
Frances E. Bivens
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
frances.bivens@davispolk.com

*Attorneys for Plaintiff JPMorgan Chase Bank, N.A., London Branch*

**Appendix A**

**Joint Agenda for Status Conference**
**February 16, 2023**

I. **Issues raised in the December 13, 2022 joint letter** (ECF No. 67)

II. **Other issues raised by JPMorgan**

    A.    Tesla's privilege log

    B.    Metadata for the cloned discovery Tesla was ordered to produce October 18, 2022

III. **Status of document discovery issues to be raised by Tesla**

    A.    Documents related to JPMorgan's alleged "standard practice"

    B.    Documents related to JPMorgan's motives with respect to Tesla

    C.    Documents from JPMorgan's ordinary-course systems, databases, and tools (implied volatilities, valuation, P&L, and hedging)

    D.    Documents from JPMorgan's centralized files

    E.    Documents concerning JPMorgan's ongoing review and conduct with respect to the Adjustments

IV. **Case Schedule**

Under the current scheduling order entered on September 14, 2022 (ECF 55), document discovery was to be substantially completed by December 16, 2022, and the deadline for all fact discovery, including depositions, is March 24, 2023. Each of the parties states that it has substantially completed document discovery to the extent there was agreement as to the scope of discovery. However, the parties have unresolved discovery disputes and no deposition notices have been served. The case schedule will need to be revised to account for any additional document discovery ordered by the Court in connection with the present disputes, and to accommodate party and non-party depositions.