**UTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, LONDON BRANCH,

                     Plaintiff,

        -against-

TESLA, INC.,

                     Defendant.

------------------------------------------------------------x

21-cv-9441 (PGG) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on February 16, 2023. The Court made substantial rulings on the record, and the parties are directed to refer to the status conference transcript for additional detail on those rulings.

The Court will hold a status conference in this matter on **Thursday, May 04, 2023 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall file a joint conference agenda by April 21, 2023.

**SO ORDERED.**

Dated: February 16, 2023
       New York, New York

                                                      *s/ Ona T. Wang*
                                                        **Ona T. Wang**
                                                United States Magistrate Judge