**VIA ECF**

February 24, 2023

The Honorable Ona T. Wang
United States Magistrate Judge for the
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *JPMorgan Chase Bank, National Association, London Branch v. Tesla, Inc.*,
No. 1:21-cv-09441-PGG-OTW (S.D.N.Y.)

Dear Judge Wang:

As discussed at the February 16, 2023 status conference, Plaintiff JPMorgan Chase Bank, National Association, London Brach ("JPMorgan") and Defendant Tesla, Inc. ("Tesla"), by and through their respective undersigned counsel, write pursuant to Section I(e) of Your Honor's Individual Rules and Practices in Civil Cases to jointly request an extension of the current case deadlines as set forth in Exhibit 1 attached hereto.

Respectfully submitted,

By: */s/ Jonathan E. Pickhardt*
Jonathan E. Pickhardt
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Fl.
New York, New York 10010
Tel.: (212) 849-7000
jonpickhardt@quinnemanuel.com

*Attorneys for Defendant Tesla, Inc.*

By: */s/ Sheila R. Adams*
Sheila R. Adams
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
sheila.adams@davispolk.com

*Attorneys for Plaintiff JPMorgan Chase Bank, N.A., London Branch*