**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, LONDON BRANCH,

                Plaintiff,

    -against-

TESLA, INC.,

                Defendant.

------------------------------------------------------------x

21-cv-9441 (PGG) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The status conference previously scheduled for May 4, 2023, is hereby adjourned to **Thursday, May 11, 2023 at 11:00 a.m.** The parties shall file a joint conference agenda by April 28, 2023.

    **SO ORDERED.**

Dated: March 9, 2023
       New York, New York

                          *s/ Ona T. Wang*
                          **Ona T. Wang**
                    United States Magistrate Judge