**MEMO ENDORSED:**

The conference currently scheduled for April 27, 2023 is adjourned sine die, given that this case has been referred to Judge Wang for general pretrial supervision. By **August 4, 2023**, the parties will file a joint letter updating the Court on the status of the case.

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

Dated: April 26, 2023

---

**VIA ECF**

April 24, 2023

The Honorable Paul G. Gardephe
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *JPMorgan Chase Bank, N.A., London Branch v. Tesla, Inc.*,
      No. 1:21-cv-09441-PGG-OTW (S.D.N.Y.)

Dear Judge Gardephe:

The parties hereby jointly write to request an adjournment of the pretrial conference currently scheduled for April 27, 2023 (ECF No. 55). This case has been referred to Magistrate Judge Wang for general pretrial matters (ECF No. 68). On February 27, 2023, Magistrate Judge Wang so-ordered a revised case schedule (ECF No. 75), which extends fact discovery to August 4, 2023 and expert discovery to November 10, 2023. In light of changes to the schedule, the parties respectfully request an adjournment of the April 27, 2023 pretrial conference and respectfully suggest that the parties submit a status report to the Court at the close of fact discovery along with a request for a new date for the pretrial conference.

Respectfully submitted,

By:  /s/ Frances E. Bivens
Frances E. Bivens
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
frances.bivens@davispolk.com

*Attorneys for Plaintiff JPMorgan Chase Bank, N.A., London Branch*

By:  /s/ Johnathan E. Pickhardt
Jonathan E. Pickhardt
Quinn Emmanuel Uquhart & Sullivan
51 Madison Avenue, 22nd Fl.
New York, New York 10010
Tel. (212) 849-7000
jonpickhardt@quinnemanuel.com

*Attorneys for Defendant Tesla, Inc.*