**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
JPMORGAN CHASE BANK, NATIONAL           :
ASSOCIATION, LONDON BRANCH,             :
                                        :         21-cv-9441 (PGG) (OTW)
                                        :
                         Plaintiff,     :
                                        :         **SCHEDULING ORDER**
          -against-                     :
                                        :
TESLA, INC.,                            :
                                        :
                         Defendant.     :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Thursday, June 22, 2023 at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall file a joint conference agenda by June 20, 2023.

**SO ORDERED.**

                                                  _s/ Ona T. Wang_
Dated: May 11, 2023                               **Ona T. Wang**
       New York, New York                         United States Magistrate Judge