**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, LONDON BRANCH,

                      Plaintiff,

      -against-

TESLA, INC.,

                      Defendant.

------------------------------------------------------------x

21-cv-9441 (PGG) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 84.

If they wish, Tesla and the five dealer banks referenced in ECF 84 may file a letter response to ECF 84 by **June 19, 2023**. If neither Tesla nor the banks respond to ECF 84, the Court may consider Plaintiff's request in ECF 84 unopposed. The parties are directed to continue meeting and conferring on this issue in the interim.

Counsel for Plaintiff is directed to serve a copy of this Order on the dealer banks.

**SO ORDERED.**

Dated: June 12, 2023
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge