<u>**VIA ECF**</u>

June 13, 2023

The Honorable Ona T. Wang
United States District for the
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED.**

Re:   *JPMorgan Chase Bank, National Association, London Branch v. Tesla, Inc.*,
      No. 1:21-cv-09441-PGG-OTW (S.D.N.Y.)

Dear Judge Wang:

We write on behalf of the parties, Plaintiff JPMorgan Chase Bank, National Association, London Branch ("JPMorgan") and Defendant Tesla, Inc. ("Tesla"), regarding the status conference currently scheduled for June 22, 2023. At the May 11, 2023 status conference, the Court suggested that, subject to the parties' preference, either June 22 or June 27 would work for the next conference. The parties have conferred and respectfully request that the Court adjourn the status conference to June 27, 2023.

Respectfully submitted,

By:  /s/ Frances E. Bivens
Frances E. Bivens
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Tel:  (212) 450-4000
frances.bivens@davispolk.com

*Attorneys for Plaintiff JPMorgan
Chase Bank, N.A., London Branch*

By:  /s/ Jonathan E. Pickhardt
Jonathan E. Pickhardt
Quinn Emmanuel Urquhart & Sullivan
51 Madison Avenue, 22nd Fl.
New York, New York 10010
Tel:  (212) 849-7000
jonpickhardt@quinnemanuel.com

*Attorneys for Defendant Tesla, Inc.*

Application **GRANTED.** The status conference previously scheduled for June 22, 2023 is hereby adjourned to **Tuesday, June 27, 2023, at 3:00 p.m.** The parties' joint conference agenda is due June 22, 2023.

SO ORDERED.

Ona T. Wang          6/14/23
U.S.M.J.