**VIA ECF**

June 22, 2023

The Honorable Ona T. Wang
United States District for the
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED.**

Re:   *JPMorgan Chase Bank, National Association, London Branch v. Tesla, Inc.*,
      No. 1:21-cv-09441-PGG-OTW (S.D.N.Y.)

Dear Judge Wang:

Plaintiff JPMorgan Chase Bank, National Association, London Branch ("JPMorgan") and Defendant Tesla, Inc. ("Tesla"), by and through their respective undersigned counsel, write to respectfully request an adjournment of the status conference currently scheduled for June 27, 2023. ECF No. 87. The parties continue to make progress with respect to outstanding discovery issues and respectfully propose to call the Court's chambers to find a mutually agreeable time for another status conference.

Respectfully submitted,

By:  /s/ Frances E. Bivens
Frances E. Bivens
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
frances.bivens@davispolk.com

*Attorneys for Plaintiff JPMorgan Chase Bank, N.A., London Branch*

By:  /s/ Jonathan E. Pickhardt
Jonathan E. Pickhardt
Quinn Emmanuel Urquhart & Sullivan
51 Madison Avenue, 22nd Fl.
New York, New York 10010
Tel: (212) 849-7000
jonpickhardt@quinnemanuel.com

*Attorneys for Defendant Tesla, Inc.*

Adjournment GRANTED. Counsel are directed to call Chambers together on the same line at (212) 805-0260 on June 27, 2023 at 3:00 p.m.

SO ORDERED.

Ona T. Wang        6/23/23
U.S.M.J.