**VIA ECF**

June 28, 2023

The Honorable Ona T. Wang
United States District for the
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *JPMorgan Chase Bank, National Association, London Branch v. Tesla, Inc.*,
            No. 1:21-cv-09441-PGG-OTW (S.D.N.Y.)

Dear Judge Wang:

We write on behalf of the parties, Plaintiff JPMorgan Chase Bank, National Association, London Branch and Defendant Tesla, Inc., regarding the next status conference for this matter. The parties have conferred and respectfully request that the Court schedule a status conference on July 19, 2023 at 10:30 a.m.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Frances E. Bivens* | By: */s/ Jonathan E. Pickhardt* |
| Frances E. Bivens | Jonathan E. Pickhardt |
| Davis Polk & Wardwell LLP | Quinn Emmanuel Urquhart & Sullivan |
| 450 Lexington Avenue | 51 Madison Avenue, 22nd Fl. |
| New York, New York 10017 | New York, New York 10010 |
| Tel: (212) 450-4000 | Tel: (212) 849-7000 |
| frances.bivens@davispolk.com | jonpickhardt@quinnemanuel.com |
| | |
| *Attorneys for Plaintiff JPMorgan Chase Bank, N.A., London Branch* | *Attorneys for Defendant Tesla, Inc.* |