**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

JPMORGAN CHASE BANK, NATIONAL :
ASSOCIATION, LONDON BRANCH, :
: 21-cv-9441 (PGG) (OTW)
:
Plaintiff, :
: **ORDER**
-against- :
:
TESLA, INC., :
:
Defendant. :

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on July 19, 2023.

The parties are directed to meet and confer and file a joint status letter **by Friday, August 4, 2023**, informing the Court whether they have resolved the following discrete document production issues:

1. Text messages of both Plaintiff's and Defendant's employees and former employees as discussed at the July 19, 2023 conference;

2. Audio recordings of Plaintiff's traders; and

3. Documents related to the memorandum produced around 12:00 a.m. July 19, 2023.

To the extent the parties have not resolved these issues, they are directed to propose a briefing schedule for the remaining issues **by Friday, August 4, 2023**.

Defendant is directed to produce the SpaceX emails discussed at the conference to Plaintiff **by Wednesday, August 16, 2023**. The parties are further directed to refer to the status conference transcript for additional detail on these rulings, if necessary.

The Court will hold a status conference in this matter on **Thursday, September 07, 2023 at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall file a detailed joint conference agenda **by Tuesday, September 5, 2023**.

**SO ORDERED.**

Dated: July 19, 2023
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge