UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, LONDON BRANCH,<br><br>Plaintiff,<br><br>- against -<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 1:21-cv-09441-PGG-OTW<br><br>**STIPULATION AND ORDER REGARDING CASE DEADLINES** |

---

WHEREAS, Plaintiff JPMorgan Chase Bank, National Association, London Branch ("JPMorgan") and Defendant Tesla, Inc. ("Tesla," and together with JPMorgan, the "Parties") conferred regarding a modified case schedule after the status conference held on May 11, 2023;

WHEREAS, JPMorgan and Tesla have agreed to modify the case schedule as set forth below;

WHEREAS, the Parties previously requested an extension of these deadlines on February 24, 2023;

WHEREAS, Magistrate Judge Wang so-ordered the Parties' Stipulation and Proposed Order Regarding Case Deadlines on February 27, 2023;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the Parties that the following case deadlines shall apply:

1. **Privilege Logs**. The Parties shall exchange any supplemental privilege logs by **July 20, 2023**. The deadline for exchange of privilege logs was **April 28, 2023**.

2. **Requests for Admission**. The Parties shall serve all requests for admission by **December 15, 2023**. The current deadline for service of requests for admission is **August 4, 2023**.

3. **Fact Discovery**. All fact discovery, including depositions and third-party discovery, shall conclude by **December 15, 2023**. The current deadline for completion of fact discovery is **August 4, 2023**.

4. **Affirmative Expert Disclosures and Reports**. The Parties shall make their affirmative expert disclosures and exchange affirmative expert reports by **February 1, 2024**. The current deadline for affirmative expert disclosures and exchange of affirmative expert reports is **August 31, 2023**.

5. **Rebuttal Expert Disclosures and Rebuttal Reports**. The Parties shall make their rebuttal expert disclosures and exchange rebuttal expert reports by **March 7, 2024**. The current deadline for rebuttal expert disclosures and exchange of rebuttal expert reports is **September 29, 2023**.

6. **Reply Expert Reports**. The Parties shall exchange their reply expert reports by **March 28, 2024**. The current deadline for reply expert reports is **October 20, 2023**.

7. **Completion of Expert Discovery**. All expert discovery, including depositions, shall conclude by **April 19, 2024**. The current deadline for completion of expert discovery is **November 10, 2023**.

SO STIPULATED AND AGREED.

Dated: July 12, 2023

| DAVIS POLK & WARDWELL LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
|---|---|
| By: __/s/ Frances E. Bivens__<br>Frances E. Bivens<br>Greg D. Andres<br>Sheila R. Adams<br>Craig T. Cagney<br>Michael V. Pucci<br>450 Lexington Avenue<br>New York, New York 10017<br>Tel.: (212) 450-4000<br>frances.bivens@davispolk.com<br>greg.andres@davispolk.com<br>sheila.adams@davispolk.com<br>craig.cagney@davispolk.com<br>michael.pucci@davispolk.com<br><br>*Attorneys for JPMorgan Chase Bank, National Association, London Branch* | By: __/s/ Jonathan E. Pickhardt__<br>Jonathan E. Pickhardt<br>Alex Spiro<br>Jesse Bernstein<br>Nathan Goralnik<br>51 Madison Avenue, 22nd Floor<br>New York, NY 1001<br>Tel: (212) 849-7000<br>jonpickhardt@quinnemanuel.com<br>alexspiro@quinnemanuel.com<br>jessebernstein@quinnemanuel.com<br>nathangoralnik@quinnemanuel.com<br><br>*Attorneys for Defendant Tesla, Inc.* |

IT IS SO ORDERED

Date: __July 19, 2023__

_____
Hon. Ona T. Wang
United States Magistrate Judge