<u>**VIA ECF**</u>

August 4, 2023

The Honorable Paul G. Gardephe
United States District Judge for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *JPMorgan Chase Bank, National Association, London Branch v. Tesla, Inc.*,
No. 1:21-cv-09441-PGG-OTW (S.D.N.Y.)

Dear Judge Gardephe:

Plaintiff JPMorgan Chase Bank, National Association, London Branch and Defendant Tesla, Inc. (together, the "Parties"), by and through their respective undersigned counsel, write pursuant to the Court's April 26, 2023 Order for the Parties to provide the Court with a status update. ECF No. 80.

The Parties are presently engaged in fact discovery. On July 19, 2023, Magistrate Judge Wang so-ordered the Parties' Stipulation and Proposed Order Regarding Case Deadlines that extended the case schedule through the completion of discovery, including extending the deadline for fact discovery, including fact depositions, from August 4, 2023 to December 15, 2023 and extending the deadline for expert discovery from November 10, 2023 to April 19, 2024. ECF No. 97.

The Parties are conferring regarding potential proposed dates for the scheduling of a deadline for a joint pretrial order and a final pretrial conference.

Respectfully submitted,

| | |
|---|---|
| */s/ Frances E. Bivens* | By: */s/ Jonathan E. Pickhardt* |
| Frances E. Bivens | Jonathan E. Pickhardt |
| Davis Polk & Wardwell LLP | Quinn Emanuel Urquhart & Sullivan, LLP |
| 450 Lexington Avenue | 51 Madison Avenue, 22nd Fl. |
| New York, New York 10017 | New York, New York 10010 |
| Tel: (212) 450-4000 | Tel: (212) 849-7000 |
| frances.bivens@davispolk.com | jonpickhardt@quinnemanuel.com |
| | |
| *Attorneys for Plaintiff JPMorgan Chase Bank, N.A., London Branch* | *Attorneys for Defendant Tesla, Inc.* |