**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, LONDON BRANCH,

                Plaintiff,

    -against-

TESLA, INC.,

                Defendant.

---------------------------------------------------------------x

21-cv-9441 (PGG) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on September 7, 2023. As held at the conference, Defendant's motion to compel Plaintiff's production of further documents from October 2018 is **DENIED**.

The parties are directed to file a joint status letter **by Friday, September 15, 2023**, informing the Court whether they have reached agreement on the pending motion to seal (ECF 103).

The Court will hold a status conference in this matter on **Tuesday, October 10, 2023 at 3:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall file a detailed joint conference agenda **by Friday, October 6, 2023**.

The Clerk of Court is respectfully directed to close ECF Nos. 104 and 105.

    SO ORDERED.

Dated: September 7, 2023
New York, New York

                              _s/ Ona T. Wang_
                                 **Ona T. Wang**
                  United States Magistrate Judge