<u>VIA ECF</u>

September 15, 2023

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *JPMorgan Chase Bank, National Association, London Branch v. Tesla, Inc.*,
      No. 1:21-cv-09441-PGG-OTW (S.D.N.Y.)

Dear Judge Wang:

Plaintiff JPMorgan Chase Bank, National Association, London Branch ("JPMorgan") and Defendant Tesla, Inc. ("Tesla"), by and through their respective undersigned counsel, write pursuant to the Court's September 7, 2023 Order (ECF No. 110) to provide the Court with a joint status letter regarding Tesla's pending letter-motion to seal (ECF No. 103).

As the Court requested, JPMorgan has considered the question whether the two documents at issue in the motion, Exhibits A and B to Tesla's letter to the Court dated August 25, 2023 (filed under seal at ECF Nos. 104-1 and 104-2), should remain under seal. JPMorgan has determined that those documents do not require confidential treatment and sealing, as long as the redactions for attorney-client privilege remain intact in the publicly-filed copies. JPMorgan respectfully requests that this decision be accepted without prejudice to JPMorgan's position that other documents reflecting JPMorgan's internal decision-making process regarding warrant adjustments may contain commercially sensitive information and may warrant sealing or redaction on that basis.

On the basis that JPMorgan no longer seeks to have Exhibits A and B filed under seal, Tesla hereby withdraws its motion to seal those documents.

Respectfully submitted,

By: */s/ Frances E. Bivens*  
Frances E. Bivens  
Davis Polk & Wardwell LLP  
450 Lexington Avenue  
New York, New York 10017  
Tel:  (212) 450-4000  
frances.bivens@davispolk.com  

*Attorneys for Plaintiff JPMorgan Chase Bank, N.A., London Branch*

By: */s/ Jonathan E. Pickhardt*  
Jonathan E. Pickhardt  
Quinn Emanuel Urquhart & Sullivan  
51 Madison Avenue, 22nd Fl.  
New York, New York 10010  
Tel:  (212) 849-7000  
jonpickhardt@quinnemanuel.com  

*Attorneys for Defendant Tesla, Inc.*