**MEMO ENDORSED.**

<u>VIA ECF</u>

October 6, 2023

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *JPMorgan Chase Bank, National Association, London Branch v. Tesla, Inc.*,
             No. 1:21-cv-09441-PGG-OTW (S.D.N.Y.)

Dear Judge Wang:

Plaintiff JPMorgan Chase Bank, National Association, London Brach ("JPMorgan") and Defendant Tesla, Inc. ("Tesla"), by and through their respective undersigned counsel, write to respectfully request an adjournment of the status conference currently scheduled for October 10, 2023. ECF No. 110. The parties have conferred and respectfully request that the Court schedule a status conference on the afternoon of November 14, or on November 15, 16, or 21.

Respectfully submitted,

/s/ Frances E. Bivens
Frances E. Bivens
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
frances.bivens@davispolk.com

*Attorneys for Plaintiff JPMorgan Chase Bank, N.A., London Branch*

By:  /s/ Nathan Goralnik
Nathan Goralnik
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue, 22nd Fl.
New York, New York 10010
Tel: (212) 849-7000
nathangoralnik@quinnemanuel.com

*Attorneys for Defendant Tesla, Inc.*

Application **GRANTED**. The status conference scheduled for October 10, 2023, is **ADJOURNED** to Thursday, **November 16, 2023 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Ona T. Wang    10/6/23
U.S.M.J.