# MEMO ENDORSED.

<u>**VIA ECF**</u>

November 14, 2023

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

**Application GRANTED.** The status conference scheduled for November 16, 2023 is **ADJOURNED** to **Tuesday, March 12, 2024 at 10:00 a.m.** The parties shall file a joint proposed agenda **by Friday, March 8, 2024.**

**SO ORDERED.**

_____
Ona T. Wang          11/15/23
U.S.M.J.

Re:   *JPMorgan Chase Bank, National Association, London Branch v. Tesla, Inc.,*
      No. 1:21-cv-09441-PGG-OTW (S.D.N.Y.)

Dear Judge Wang:

Plaintiff JPMorgan Chase Bank, National Association, London Branch and Defendant Tesla, Inc., by and through their respective undersigned counsel, write to respectfully request an adjournment of the status conference currently scheduled for November 16, 2023. ECF No. 114. The parties are nearing the substantial completion of document discovery and do not presently have any issues to raise with the Court.

The parties respectfully request that the status conference be adjourned to a future date after deposition discovery has commenced that can function as a control date. The parties are available on March 5, 6, 7, 12, 13, or 14 of 2024, if one of those dates would work for the Court.

The parties also intend to submit shortly to the Court a joint proposed revised case schedule.

Respectfully submitted,

/s/ Frances E. Bivens
Frances E. Bivens
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
frances.bivens@davispolk.com

*Attorneys for Plaintiff JPMorgan Chase Bank, N.A., London Branch*

By:   /s/ Nathan Goralnik
Nathan Goralnik
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Fl.
New York, New York 10010
Tel: (212) 849-7000
nathangoralnik@quinnemanuel.com

*Attorneys for Defendant Tesla, Inc.*