UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, LONDON BRANCH,

    Plaintiff,

- against -

TESLA, INC.,

    Defendant.

---

Case No. 1:21-cv-09441-PGG-OTW

**STIPULATION AND ORDER REGARDING CASE DEADLINES**

WHEREAS, Plaintiff JPMorgan Chase Bank, National Association, London Branch ("JPMorgan") and Defendant Tesla, Inc. ("Tesla," and together with JPMorgan, the "Parties") conferred regarding a modified case schedule after the status conference held on September 7, 2023;

WHEREAS, JPMorgan and Tesla have agreed to modify the case schedule as set forth below;

WHEREAS, the Parties previously requested an extension of these deadlines on July 12, 2023;

WHEREAS, Magistrate Judge Wang so-ordered the Parties' Stipulation and Proposed Order Regarding Case Deadlines on July 19, 2023;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the Parties that the following case deadlines shall apply:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Document Production Deadline** |  | December 22, 2023 |
| **Supplemental Privilege Logs** |  | December 22, 2023 |
| **Requests for Admission** | December 15, 2023 | August 2, 2024 |
| **Close of Fact Discovery (depositions and third-party discovery)** | December 15, 2023 | August 2, 2024 |
| **Affirmative Expert Disclosures and Reports** | February 1, 2024 | September 27, 2024 |
| **Rebuttal Expert Disclosures and Rebuttal Reports** | March 7, 2024 | November 1, 2024 |
| **Reply Expert Reports** | March 28, 2024 | November 22, 2024 |
| **Completion of Expert Discovery (including depositions)** | April 19, 2024 | December 20, 2024 |

SO STIPULATED AND AGREED.

Dated: December 20, 2023

DAVIS POLK & WARDWELL LLP

By: /s/ Frances E. Bivens
    Frances E. Bivens
    Greg D. Andres
    Sheila R. Adams
    Craig T. Cagney
    Michael V. Pucci
    450 Lexington Avenue
    New York, New York 10017
    Tel.: (212) 450-4000
    frances.bivens@davispolk.com
    greg.andres@davispolk.com
    sheila.adams@davispolk.com
    craig.cagney@davispolk.com
    michael.pucci@davispolk.com

*Attorneys for JPMorgan Chase Bank, National Association, London Branch*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Jonathan E. Pickhardt
    Jonathan E. Pickhardt
    Alex Spiro
    Jesse Bernstein
    Nathan Goralnik
    51 Madison Avenue, 22nd Floor
    New York, NY 10010
    Tel: (212) 849-7000
    jonpickhardt@quinnemanuel.com
    alexspiro@quinnemanuel.com
    jessebernstein@quinnemanuel.com
    nathangoralnik@quinnemanuel.com

*Attorneys for Defendant Tesla, Inc.*

**No further extensions unless good cause shown.**

**SO ORDERED.**

IT IS SO ORDERED

Date: December 21, 2023

Hon. Ona T. Wang
United States Magistrate Judge