**VIA ECF**

March 8, 2024

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *JPMorgan Chase Bank, National Association, London Branch v. Tesla, Inc.*,
             No. 1:21-cv-09441-PGG-OTW (S.D.N.Y.)

Dear Judge Wang:

Plaintiff JPMorgan Chase Bank, National Association, London Branch and Defendant Tesla, Inc., by and through their respective undersigned counsel, write to respectfully request an adjournment of the status conference currently scheduled for March 12, 2024, ECF No. 118, to the week of April 29, subject to the Court's availability.

Respectfully submitted,

| | |
|---|---|
| */s/ Frances E. Bivens* | By:  */s/ Nathan Garalnik* |
| Frances E. Bivens | Nathan Goralnik |
| Davis Polk & Wardwell LLP | Quinn Emanuel Urquhart & Sullivan, LLP |
| 450 Lexington Avenue | 51 Madison Avenue, 22nd Fl. |
| New York, New York 10017 | New York, New York 10010 |
| Tel: (212) 450-4000 | Tel: (212) 849-7000 |
| frances.bivens@davispolk.com | nathangoralnik@quinnemanuel.com |
| | |
| *Attorneys for Plaintiff JPMorgan Chase Bank, N.A., London Branch* | *Attorneys for Defendant Tesla, Inc.* |