# MEMO ENDORSED.

**VIA ECF**

March 8, 2024

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

Application **GRANTED.** The status conference scheduled for March 12, 2024 is **ADJOURNED** to **Tuesday, May 7, 2024 at 10:00 a.m.** The parties are directed to file their joint proposed agenda **by Friday, May 3, 2024.**

**SO ORDERED.**

Ona T. Wang          3/11/2024
U.S.M.J.

Re:     *JPMorgan Chase Bank, National Association, London Branch v. Tesla, Inc.*,
          No. 1:21-cv-09441-PGG-OTW (S.D.N.Y.)

Dear Judge Wang:

Plaintiff JPMorgan Chase Bank, National Association, London Branch and Defendant Tesla, Inc., by and through their respective undersigned counsel, write to respectfully request an adjournment of the status conference currently scheduled for March 12, 2024, ECF No. 118, to the week of April 29, subject to the Court's availability.

Respectfully submitted,

/s/ Frances E. Bivens
Frances E. Bivens
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
frances.bivens@davispolk.com

By:   /s/ Nathan Garalnik
Nathan Goralnik
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Fl.
New York, New York 10010
Tel: (212) 849-7000
nathangoralnik@quinnemanuel.com

*Attorneys for Plaintiff JPMorgan Chase Bank, N.A., London Branch*

*Attorneys for Defendant Tesla, Inc.*