**VIA ECF**

**MEMO ENDORSED.**

July 8, 2024

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *JPMorgan Chase Bank, National Association, London Branch v. Tesla, Inc.*,
             No. 1:21-cv-09441-PGG-OTW (S.D.N.Y.)

Dear Judge Wang:

Plaintiff JPMorgan Chase Bank, National Association, London Branch and Defendant Tesla, Inc., by and through their respective undersigned counsel, write to respectfully request an adjournment of the status conference currently scheduled for July 9, 2024, ECF No. 126. The parties will confer and write separately to request a new status conference date.

Respectfully submitted,

/s/ Frances E. Bivens
Frances E. Bivens
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
frances.bivens@davispolk.com

*Attorneys for Plaintiff JPMorgan Chase Bank, N.A., London Branch*

/s/ Jonathan E. Pickhardt
Jonathan E. Pickhardt
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Fl.
New York, New York 10010
Tel: (212) 849-7000
jonpickhardt@quinnemanuel.com

*Attorneys for Defendant Tesla, Inc.*

Application **GRANTED.**

**SO ORDERED.**

_____
Ona T. Wang       July 8, 2024
U.S.M.J.