**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :

JPMORGAN CHASE BANK, NATIONAL   :
ASSOCIATION, LONDON BRANCH,      :

                               :   Case No. 1:21-cv-09441-PGG-OTW

         Plaintiff,             :

                               :

      - against -          :   **STIPULATION AND**
                               :   ~~**[PROPOSED]**~~ **ORDER**
TESLA, INC.,                   :   **REGARDING CASE**
                               :   **DEADLINES**

         Defendant.        :

                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, Plaintiff JPMorgan Chase Bank, National Association, London Branch ("JPMorgan") and Defendant Tesla, Inc. ("Tesla," and together with JPMorgan, the "Parties") conferred regarding a modified case schedule on August 2, 2024;

WHEREAS, JPMorgan and Tesla have agreed to modify the case schedule as set forth below;

WHEREAS, the Parties previously requested an extension of these deadlines on July 12, 2023, and December 20, 2023;

WHEREAS, Magistrate Judge Wang so-ordered the Parties' Stipulation and Proposed Order Regarding Case Deadlines on July 19, 2023, and December 21, 2023;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the Parties that the following case deadlines shall apply:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Requests for Admission** | Friday, August 2, 2024 | Friday, September 13, 2024 |
| **Fact Discovery** | Friday, August 2, 2024 | Friday, September 13, 2024 |
| **Affirmative Expert Disclosures and Reports** | Friday, September 27, 2024 | Friday, November 8, 2024 |
| **Rebuttal Expert Disclosures and Rebuttal Reports** | Friday, November 1, 2024 | Friday, December 13, 2024 |
| **Reply Expert Reports** | Friday, November 22, 2024 | Friday, January 17, 2025 |
| **Expert Discovery (depositions)** | Friday, December 20, 2024 | Friday, February 14, 2025 |

SO STIPULATED AND AGREED.

Dated: August 2, 2024


DAVIS POLK & WARDWELL LLP

By:   /s/ Frances E. Bivens
    Frances E. Bivens
    Greg D. Andres
    Sheila R. Adams
    Craig T. Cagney
    Michael V. Pucci
    450 Lexington Avenue
    New York, New York 10017
    Tel.: (212) 450-4000
    frances.bivens@davispolk.com
    greg.andres@davispolk.com
    sheila.adams@davispolk.com
    craig.cagney@davispolk.com
    michael.pucci@davispolk.com

    *Attorneys for JPMorgan Chase Bank,*
    *National Association, London Branch*


QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By:   /s/ Jonathan E. Pickhardt
    Jonathan E. Pickhardt
    Alex Spiro
    Jesse Bernstein
    Nathan Goralnik
    51 Madison Avenue, 22nd Floor
    New York, NY 10010
    Tel: (212) 849-7000
    jonpickhardt@quinnemanuel.com
    alexspiro@quinnemanuel.com
    jessebernstein@quinnemanuel.com
    nathangoralnik@quinnemanuel.com

    *Attorneys for Defendant Tesla, Inc.*


IT IS SO ORDERED


Date:   August 5, 2024

_____
    Hon. Ona T. Wang
    United States Magistrate Judge