**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, LONDON BRANCH,

                      Plaintiff,

        -against-

TESLA, INC.,

                      Defendant.
------------------------------------------------------------x

21-cv-9441 (PGG) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

It has come to the Court's attention that the parties may have jointly sought an adjournment of the discovery deadline by telephone. If the parties seek an adjournment, they are directed to make their request on the docket. The parties may submit a joint status report by email.

      **SO ORDERED.**

Dated: September 13, 2024
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge