**VIA ECF**

September 19, 2024

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *JPMorgan Chase Bank, National Association, London Branch v. Tesla, Inc.*,
                No. 1:21-cv-09441-PGG-OTW (S.D.N.Y.)

Dear Judge Wang:

Plaintiff JPMorgan Chase Bank, National Association, London Branch ("JPMorgan") and Defendant Tesla, Inc. ("Tesla"), by and through their respective undersigned counsel, write pursuant to Section I(e) of Your Honor's Individual Practices in Civil Cases, and in response to the Court's order, dated September 13, 2024, ECF 132, to respectfully request an extension of the current case deadlines as set forth in Exhibit 1 attached hereto.

Respectfully submitted,

| | |
|---|---|
| */s/ Sheila R. Adams* | By:  */s/ Jonathan E. Pickhardt* |
| Sheila R. Adams | Jonathan E. Pickhardt |
| Davis Polk & Wardwell LLP | Quinn Emanuel Urquhart & Sullivan, LLP |
| 450 Lexington Avenue | 51 Madison Avenue, 22nd Fl. |
| New York, New York 10017 | New York, New York 10010 |
| Tel: (212) 450-4000 | Tel: (212) 849-7000 |
| sheila.adams@davispolk.com | jonpickhardt@quinnemanuel.com |
| | |
| *Attorneys for Plaintiff JPMorgan Chase Bank, N.A., London Branch* | *Attorneys for Defendant Tesla, Inc.* |

# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
JPMORGAN CHASE BANK, NATIONAL :
ASSOCIATION, LONDON BRANCH, :
: Case No. 1:21-cv-09441-PGG-OTW
Plaintiff, :
:
- against - : **STIPULATION AND**
: **[PROPOSED] ORDER**
TESLA, INC., : **REGARDING CASE**
: **DEADLINES**
Defendant. :
:
------------------------------------- X

WHEREAS, Plaintiff JPMorgan Chase Bank, National Association, London Branch ("JPMorgan") and Defendant Tesla, Inc. ("Tesla," and together with JPMorgan, the "Parties") conferred regarding a modified case schedule on September 19, 2024;

WHEREAS, JPMorgan and Tesla have agreed to modify the case schedule as set forth below;

WHEREAS, the Parties previously requested an extension of these deadlines on July 12, 2023, December 20, 2023, and August 2, 2024;

WHEREAS, Magistrate Judge Wang so-ordered the Parties' Stipulation and Proposed Order Regarding Case Deadlines on July 19, 2023, December 21, 2023, and August 5, 2024;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the Parties that the following case deadlines shall apply:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Requests for Admission** | Friday, September 13, 2024 | Friday, November 8, 2024 |
| **Fact Discovery** | Friday, September 13, 2024 | Friday, November 8, 2024 |
| **Affirmative Expert Disclosures and Reports** | Friday, November 8, 2024 | Friday, January 10, 2025 |
| **Rebuttal Expert Disclosures and Rebuttal Reports** | Friday, December 13, 2024 | Friday, February 14, 2025 |
| **Reply Expert Reports** | Friday, January 17, 2025 | Friday, March 21, 2025 |
| **Expert Discovery (depositions)** | Friday, February 14, 2025 | Friday, April 18, 2025 |

SO STIPULATED AND AGREED.

Dated: September 19, 2024

| DAVIS POLK & WARDWELL LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: __/s/ Sheila R. Adams__<br>   Frances E. Bivens<br>   Greg D. Andres<br>   Sheila R. Adams<br>   Craig T. Cagney<br>   Michael V. Pucci<br>   450 Lexington Avenue<br>   New York, New York 10017<br>   Tel.: (212) 450-4000<br>   frances.bivens@davispolk.com<br>   greg.andres@davispolk.com<br>   sheila.adams@davispolk.com<br>   craig.cagney@davispolk.com<br>   michael.pucci@davispolk.com | By: __/s/ Jonathan E. Pickhardt__<br>   Jonathan E. Pickhardt<br>   Alex Spiro<br>   Jesse Bernstein<br>   Nathan Goralnik<br>   51 Madison Avenue, 22nd Floor<br>   New York, NY 10010<br>   Tel: (212) 849-7000<br>   jonpickhardt@quinnemanuel.com<br>   alexspiro@quinnemanuel.com<br>   jessebernstein@quinnemanuel.com<br>   nathangoralnik@quinnemanuel.com |
| *Attorneys for JPMorgan Chase Bank, National Association, London Branch* | *Attorneys for Defendant Tesla, Inc.* |

IT IS SO ORDERED

Date: _____

    Hon. Ona T. Wang
    United States Magistrate Judge