UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
: 
JPMORGAN CHASE BANK, NATIONAL :
ASSOCIATION, LONDON BRANCH, :
: Case No. 1:21-cv-09441-PGG-OTW
Plaintiff, :
:
- against - : **STIPULATION AND**
: **[PROPOSED] ORDER**
: **REGARDING CASE**
TESLA, INC., : **DEADLINES**
:
Defendant. :
:
:
------------------------------------- X

WHEREAS, Plaintiff JPMorgan Chase Bank, National Association, London Branch ("JPMorgan") and Defendant Tesla, Inc. ("Tesla," and together with JPMorgan, the "Parties") conferred regarding a modified case schedule on September 19, 2024;

WHEREAS, JPMorgan and Tesla have agreed to modify the case schedule as set forth below;

WHEREAS, the Parties previously requested an extension of these deadlines on July 12, 2023, December 20, 2023, and August 2, 2024;

WHEREAS, Magistrate Judge Wang so-ordered the Parties' Stipulation and Proposed Order Regarding Case Deadlines on July 19, 2023, December 21, 2023, and August 5, 2024;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the Parties that the following case deadlines shall apply:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Requests for Admission** | Friday, September 13, 2024 | Friday, November 8, 2024 |
| **Fact Discovery** | Friday, September 13, 2024 | Friday, November 8, 2024 |
| **Affirmative Expert Disclosures and Reports** | Friday, November 8, 2024 | Friday, January 10, 2025 |
| **Rebuttal Expert Disclosures and Rebuttal Reports** | Friday, December 13, 2024 | Friday, February 14, 2025 |
| **Reply Expert Reports** | Friday, January 17, 2025 | Friday, March 21, 2025 |
| **Expert Discovery (depositions)** | Friday, February 14, 2025 | Friday, April 18, 2025 |

SO STIPULATED AND AGREED.

Dated: September 19, 2024

| DAVIS POLK & WARDWELL LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: */s/ Sheila R. Adams*<br>Frances E. Bivens<br>Greg D. Andres<br>Sheila R. Adams<br>Craig T. Cagney<br>Michael V. Pucci<br>450 Lexington Avenue<br>New York, New York 10017<br>Tel.: (212) 450-4000<br>frances.bivens@davispolk.com<br>greg.andres@davispolk.com<br>sheila.adams@davispolk.com<br>craig.cagney@davispolk.com<br>michael.pucci@davispolk.com<br><br>*Attorneys for JPMorgan Chase Bank, National Association, London Branch* | By: */s/ Jonathan E. Pickhardt*<br>Jonathan E. Pickhardt<br>Alex Spiro<br>Jesse Bernstein<br>Nathan Goralnik<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7000<br>jonpickhardt@quinnemanuel.com<br>alexspiro@quinnemanuel.com<br>jessebernstein@quinnemanuel.com<br>nathangoralnik@quinnemanuel.com<br><br>*Attorneys for Defendant Tesla, Inc.* |

IT IS SO ORDERED

Date: **Sept. 20, 2024**

Hon. Ona T. Wang
United States Magistrate Judge