UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, LONDON BRANCH,<br><br>                    Plaintiff,<br><br>          - against -<br><br>TESLA, INC.,<br><br>                    Defendant. | Case No. 1:21-cv-09441-PGG-OTW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO <u>FRCP 41(a)(1)(A)(ii)</u>** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this 29th day of November 2024.


By:   */s/ Frances E. Bivens*
      Frances E. Bivens
      DAVIS POLK & WARDWELL LLP
      450 Lexington Avenue
      New York, New York 10017
      Tel.:  (212) 450-4000
      frances.bivens@davispolk.com


      *Attorneys for Plaintiff JPMorgan Chase Bank, N.A., London Branch*

By:   */s/ Jonathan E. Pickhardt*
      Jonathan E. Pickhardt
      QUINN EMANUEL URQUHART & SULLIVAN LLP
      51 Madison Avenue, 22nd Fl.
      New York, New York 10010
      Tel.:  (212) 849-7000
      jonpickhardt@quinnemanuel.com

      *Attorneys for Defendant Tesla, Inc.*