UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, LONDON BRANCH,<br><br>      Plaintiff,<br><br> - against -<br><br>TESLA, INC.,<br><br>      Defendant. | Case No. 1:21-cv-09441-PGG-OTW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO <u>FRCP 41(a)(1)(A)(ii)</u>** |

  IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

  Respectfully submitted this 2nd day of December 2024.

By: _[signature]_
Frances E. Bivens
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
frances.bivens@davispolk.com

*Attorneys for Plaintiff JPMorgan Chase Bank, N.A., London Branch*

By: _[signature]_
Jonathan E. Pickhardt
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Fl.
New York, New York 10010
Tel.: (212) 849-7000
jonpickhardt@quinnemanuel.com

*Attorneys for Defendant Tesla, Inc.*

**SO ORDERED:**
_[signature]_
Paul G. Gardephe, U.S.D.J.
Dated: Dec. 2 2024